**Order filed November 20, 2014.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00763-CR
_____

**VINCENT JOHN ZAHORIK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2
Galveston County, Texas
Trial Court Cause No. MD-0322640**

## ORDER

The Court has granted appellant's motion to reschedule oral argument. Oral argument will be heard on January 12, 2015, at 1:30 p.m. Also pending is appellant's amended motion to substitute counsel. We **ORDER** counsel to deliver a copy of the motion to appellant in person or by both certified and first-class mail, in compliance with Texas Rule of Appellate Procedure 6.5(b). Counsel is directed to certify to this Court compliance with the rule within ten days of the date of this order.

In addition, the Court requests additional briefing to address: (1) whether a showing of bad faith is required in this case under *McGee v. State*, 671 S.W.2d 892, 895 (Tex. Crim. App. 1984), and *Wood v. State*, 577 S.W.2d 477, 480 (Tex. Crim. App. 1978); and (2) if so, whether there is sufficient evidence of bad faith to support appellant's conviction. Additional briefing, which may be in letter form, is due on or before December 15, 2014.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.